**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Emmette Jerome KELLEY, Defendant–Appellant.**

**No. 01–6348.**

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 29, 2001.

Emmette Jerome Kelley, pro se. Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, VA, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Emmette Jerome Kelley seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal substantially on the reasoning of the district court.* *See United States v. Kelley,* Nos. CR–99–20; CA–00–137–4 (E.D.Va. Jan. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* We recently held in *United States v. Sanders,* 247 F.3d 139 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Appellant's *Apprendi* claim is not cognizable.